**Marquis Aurbach**
Tye S. Hanseen, Esq.
Nevada Bar No. 10365
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
thanseen@maclaw.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD ERICSON, an Individual and BARBARA ERICSON, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BEKINS MOVING SOLUTIONS, INC., a Nevada Corporation; BEKINS A-1 MOVERS, INC., a foreign entity registered to to do business in Nevada; and BEKINS VAN LINES, INC., an Indiana Domestic Foreign Profit Corporation; collectively referred to as "BEKINS",<br><br>Defendants. | Case No.:   2:23-cv-00852-JAD-EJY<br><br>**STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE** |

Defendants Bekins Moving Solutions, Inc. ("BMS"), Bekins A-1 Movers, Inc. ("Bekins A-1") and Bekins Van Lines, Inc. ("BVL") (collectively "Defendants"), by and through their attorneys of record, the law firm of Marquis Aurbach, and Plaintiffs Richard Ericson and Barbara Ericson ("Plaintiffs"), by and through their attorney of record, the law firm of Mincin Law, PLLC, by and through their respective counsel of record, hereby stipulate to the following:

1.   The Parties hereby agree and stipulate to attend a settlement conference with an assigned Magistrate Judge, and request that the Court order that a settlement conference be conducted.

2.   Both parties are based out of state and, as a result, the agreement to participate in a settlement conference is contingent on the parties and attorneys being allowed to participate remotely.

MAC:16396-002 5136026_1

3. If the Court is willing to facilitate and conduct the settlement conference, the parties request availability from the Court from mid-August through September.

4. The pending Motion to Dismiss filed June 15, 2023 (ECF 7) shall be resolved as follows: In the event the Parties are unable to reach a settlement agreement at the settlement conference, Plaintiffs shall file an amended complaint on or before 14 days after the settlement conference is concluded. Defendants reserve all defenses and reserve the right to challenge the sufficiency of the amended complaint.

5. Rule 26 and the balance of all deadlines shall be stayed until the settlement conference is completed. In the event the parties are unable to reach a settlement at the settlement conference, the parties will proceed with the Rule 26 conference within on or before 14 days after the settlement conference is concluded and shall otherwise meet and confer on all other pending deadlines and issues.

Dated this 27th day of June, 2023.

| MARQUIS AURBACH | MINCIN LAW, PLLC |
|---|---|
| By: /s/ Tye S. Hanseen<br>Tye S. Hanseen, Esq.<br>Nevada Bar No. 10365<br>10001 Park Run Drive<br>Las Vegas, Nevada  89145<br>Attorney for Defendants | By: /s/ David Mincin<br>David Mincin, Esq.<br>Nevada Bar No. 5427<br>7465 W. Lake Mead Boulevard, #100<br>Las Vegas, NV  89128<br>Attorney for Plaintiffs |

**ORDER**

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Court will issue a separate Order setting the settlement conference for a date in September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 27, 2023