**Marquis Aurbach**
Tye S. Hanseen, Esq.
Nevada Bar No. 10365
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
thanseen@maclaw.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ERICSON, an Individual and BARBARA ERICSON, an Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> BEKINS MOVING SOLUTIONS, INC., a Nevada Corporation; BEKINS A-1 MOVERS, INC., a foreign entity registered to to do business in Nevada; and BEKINS VAN LINES, INC., an Indiana Domestic Foreign Profit Corporation; collectively referred to as "BEKINS", <br><br> Defendants. | Case No.:    2:23-cv-00852-JAD-EJY <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> [ECF No. 17] |

IT IS HEREBY STIPULATED, by and between Defendants Bekins Moving Solutions, Inc. ("BMS"), Bekins A-1 Movers, Inc. ("Bekins A-1") and Bekins Van Lines, Inc. ("BVL") (collectively "Defendants"), by and through their attorneys of record, the law firm of Marquis Aurbach, and Plaintiffs Richard Ericson and Barbara Ericson ("Plaintiffs"), by and through their attorney of record, the law firm of Mincin Law, PLLC, that the parties agree as follows:

1.      Any and all claims with respect to the above-captioned matter are hereby dismissed with prejudice; and

/ / /

/ / /

/ / /

/ / /

MAC:16396-002 5286848_1

*MARQUIS AURBACH*
*10001 Park Run Drive*
*Las Vegas, Nevada 89145*
*(702) 382-0711  FAX: (702) 382-5816*

1    2.    Each party will bear their own attorney fees and costs.

2    Dated this 21st day of November, 2023.

3    MARQUIS AURBACH                    MINCIN LAW, PLLC

4

5    By:   /s/ Tye S. Hanseen              By:   /s/ David Mincin
        Tye S. Hanseen, Esq.                   David Mincin, Esq.
        Nevada Bar No. 10365                   Nevada Bar No. 5427
6       10001 Park Run Drive                   7465 W. Lake Mead Boulevard, #100
        Las Vegas, Nevada  89145               Las Vegas, NV  89128
7       Attorney for Defendants                Attorney for Plaintiffs

8                              **ORDER**

9    Based on the parties' stipulation and with good cause appearing, this case is dismissed
     with prejudice with each party to bear its own fees and costs.  **The Clerk of Court is
10   directed to CLOSE THIS CASE**.

11

                                 IT IS SO ORDERED:

12

13

14   UNITED STATES DISTRICT JUDGE

15   DATED:  November 22, 2023

16

17

18

19

20

21

22

23

24

25

26

27

28

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada  89145
(702) 382-0711  FAX:  (702) 382-5816

MAC:16396-002 5286848_1